NUMBER 13-06-189-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


____________________________________________________________

 

PINTAIL PRODUCTION COMPANY, INC., Appellant,


v.



OSPREY PETROLEUM COMPANY, INC. AND

OSPREY PETROLEUM PARTNERS, L.P., Appellees.

___________________________________________________________


On appeal from the 105th District Court 


of Nueces County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Garza, and Benavides


Memorandum Opinion Per Curiam


 Appellant, Pintail Production Company, Inc., and appellees, Osprey Petroleum
Company, Inc. and Osprey Petroleum Partners, L.P., have filed a joint motion to dismiss
this appeal on grounds that the parties have reached an agreement to settle and
compromise their differences. The parties request that this Court dismiss the appeal.

 The Court, having previously abated the appeal pending settlement, now
REINSTATES the appeal, and, considering the documents on file and the joint motion to
dismiss the appeal, is of the opinion that the motion should be granted. See Tex. R. App.
P. 42.1(a). The joint motion to dismiss is GRANTED, and the appeal is hereby
DISMISSED. Costs will be taxed against appellants. See Tex. R. App. P. 42.1(d) ("Absent
agreement of the parties, the court will tax costs against the appellant."). Having dismissed
the appeal at the parties' request, no motion for rehearing will be entertained, and our
mandate will issue forthwith.


 PER CURIAM

Memorandum Opinion delivered and filed 

this the 13th day of March, 2008.